| | |
|---|---|
| CLINTON JUDD MCCORD<br>ERIN LEE JEANETTE PFAFF<br>EDWARDS WILDMAN PALMER LLP<br>9665 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA 90212<br>Telephone: (310) 860-8700<br>Facsimile: (310) 860-3800<br>Email: cmccord@edwardswildman.com<br>Email: epfaff@edwardswildman.com<br><br>Attorneys for Defendant<br>Motorola Mobility, Inc. | SEAN P. REIS (184044)<br>EDELSON MCGUIRE LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123<br>Email: sreis@edelson.com<br><br>RAFEY S. BALABANIAN (*PHV*)<br>CHRISTOPHER L. DORE (*PHV*)<br>EDELSON MCGUIRE LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>Email: rbalabanian@edelson.com<br>Email: cdore@edelson.com<br><br>Attorneys for Plaintiffs and Putative Classes |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELYSE WOOD and JACK HAUGHT, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>MOTOROLA MOBILITY, INC., a Delaware corporation,<br><br>        Defendant. | ) Case No. CV-11-04409-SI<br>)<br>)<br>) **JOINT STIPULATION**<br>) **EXTENDING THE PARTIES'**<br>) **BRIEFING SCHEDULE ON**<br>) **DEFENDANT'S MOTION TO**<br>) **DISMISS COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION
CV-11-04409-SI

1    Pursuant to Local Rule 6-1, Plaintiff Elyse Wood and Jack Haught, individually and
2 on behalf of a class of similarly situated individuals ("Plaintiffs"), and Defendant Motorola
3 Mobility, Inc. (collectively referred to herein as the "Parties"), by and through their
4 respective counsel of record, hereby stipulate to modify the Parties' briefing schedule as it
5 pertains to Defendant's Motion to Dismiss the Complaint as follows:
6    WHEREAS, on September 2, 2011, Plaintiffs filed their Class Action Complaint
7 against Defendant.
8    WHEREAS, on October 24, 2011, the Parties' stipulated to extend Defendant's time
9 to respond to Plaintiff's Complaint by twenty-one (21) days.
10   WHEREAS, on November 17, 2011, Defendant moved to dismiss Plaintiffs'
11 Complaint.
12   WHEREAS, Plaintiffs' current deadline to respond to Defendant's Motion to Dismiss
13 is December 1, 2011.
14   WHEREAS, in the interests of justice and in an effort to enhance judicial efficiency
15 and preserve resources, the Parties have agreed to extend Plaintiffs' time to oppose
16 Defendant's Motion to Dismiss as well as Defendant's time to reply in support of its motion.
17   WHEREAS, based on the foregoing, Plaintiffs have requested and Defendant has
18 consented to extend Plaintiffs' time to file their opposition to Defendant's motion to
19 December 12, 2011.  The Parties have further agreed to extend Defendant's deadline to file
20 any reply brief to December 22, 2011.
21   WHEREAS, this extension is not sought for any improper purpose.
22   WHEREAS, the extension of time sought will not alter the date of any event or
23 deadline already fixed by Court Order, including the hearing date on Defendant's Motion to
24 Dismiss.
25   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE, subject
26 to the approval of the Court, that:
27
28

STIPULATION
CV-11-04409-SI

2

1.   Plaintiff shall have until December 12, 2011, to file any opposition papers to Defendant's Motion to Dismiss;

2.   Defendant shall have until December 22, 2011, to file any reply papers in support of its Motion to Dismiss.

                                              Respectfully submitted,

Dated:  November 30, 2011        EDWARDS WILDMAN PALMER LLP

                                        By:    /s/  Clinton J. McCord

                                        Attorneys for Defendant Motorola Mobility, Inc.

Dated: November 30, 2011        EDELSON MCGUIRE LLC

                                        By:    /s/  Rafey S. Balabanian
                                        Rafey S. Balabanian
                                        Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November __30_, 2011        _____
                                              HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE